# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA )    Case No. 1:25-cr-04-1
                         )
v.                       )    Judge Collier
                         )
DELMER LEE WILLIAMS, II  )    Magistrate Judge Dumitru

## O R D E R

United States Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the one-count Indictment; (2) accept Defendant's guilty plea as to Count One of the Indictment; (3) adjudicate the Defendant guilty of Count One of the Indictment; and (4) order that Defendant remain in custody until sentencing in this matter (Doc. 23). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1.     Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;

2.     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

3.     Defendant is hereby **ADJUDGED** guilty of Count One of the Indictment; and

4.     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 16, 2025, at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**